1  JONATHAN ALLAN KLEIN (State Bar No. 162071)
   JOSHUA M. HENDERSON (State Bar No. 197435)
2  KELLY, HERLIHY & KLEIN LLP
   44 MONTGOMERY STREET, SUITE 2500
3  SAN FRANCISCO, CALIFORNIA 94104
   Telephone:   415/951-0535
4  Facsimile:   415/391-7808

5  Attorneys for Plaintiff
   JOHN MCCLUSKEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 4/20/05*

| | |
|---|---|
| JOHN MCCLUSKEY,<br><br>       Plaintiff,<br><br>vs.<br><br>AVNET, INC., a Corporation; and DOES 1 to 50, inclusive,<br><br>       Defendants. | CASE NO. C04-02634 RMW<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** AND ORDER |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties, Plaintiff John McCluskey and Avnet, Inc., through their counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all Defendants, with each party to bear its own attorneys' fees and costs.

///

///

---

**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**                           **CASE NO. C04-02634 RMW**

1        IT IS SO STIPULATED.

3   DATED: April 4, 2005                   KELLY, HERLIHY & KLEIN LLP

5                                    /s/ Jonathan Allan Klein
                                JONATHAN ALLAN KLEIN
6                                JOSHUA M. HENDERSON
                               Attorneys for Plaintiff
7                                JOHN MCCLUSKEY

9   DATED: April 4, 2005                   THOITS, LOVE, HERSHBERGER & McLEAN

12                                /s/ Jeffrey A. Snyder
                               JEFFREY A. SNYDER
                               Attorneys for Defendant
13                                AVNET, INC.

14       IT IS SO ORDERED.

17   Dated:  4/20/05                         /S/ RONALD M. WHYTE
18                                JUDGE RONALD M. WHYTE
                               Judge of the United States District Court,
19                                Northern District of California

---

**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**               **CASE NO. C04-02634 RMW**